# TWELFTH COURT OF APPEALS
## Case Number: 12-14-00212-CV
## On Appeal from the Cherokee County Court-at-Law No. CV9282

**Robert Robinson**

**v.**

**Wells Fargo Bank, N.A.**



FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 30 2015

TYLER TEXAS
PAM ESTES, CLERK

### Procedural Objection

APPELLANT ROBERT ROBINSON respectfully OBJECTS to the Court's refusal to take any action on Appellant's Verified Motion to Recuse Justice Brian Hoyle.

Respectfully submitted,

Robert Robinson, Pro Se
Appellant
16897 Pine Lane
Flint, Texas 75762
(903) 245-0908
cilantro518@yahoo.com

## Certificate of Service

I, the undersigned hereby certify that a copy of the foregoing document was served on all parties and Counsel on November 28, 2015 as follows:

VIA USPS FIRST CLASS MAIL

Melissa McKinney
Counsel of Record for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Boulevard, Suite 100
Addison, Texas 75001
(972) 341-0995
(972) 341-0734 Facsimile
melissmc@bdfgroup.com

Robert Robinson